AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Norman, Jeffrey P. | United States Bankruptcy, Southern District of Texas | 5/7/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

515 Rusk,
Fourth Floor
Houston, Texas 77002

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norman, Jeffrey P. | 5/7/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | October 8, 9 and 10 | Las Vegas, NV | Participant in Annual Bankruptcy Seminar | Lodging |
| 2. | American Bar Association | April 5, 6 and 7 | New Orleans, LA | Participant in Biannual Bankruptcy Seminar | Airfare, Lodging and Food |
| 3. | National Asociation of Chapter 7 Trustees | September 14 and 15 | New Orleans, LA | Participant in Annual Bankruptcy Seminar | Mileage, Lodging and Food |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norman, Jeffrey P. | 5/7/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Bank | Credit Card | J |
| 2. | Citibank | Credit Card | J |
| 3. | Synchrony Bank | Credit Card | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norman, Jeffrey P. | 5/7/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Frost Bank Accounts | A | Interest | | | Closed | 02/01/17 | K | | |
| 2. | Charles Schwab Bank Account | A | Interest | K | T | Open | 02/01/17 | K | | |
| 3. | Tom Root Note | D | Interest | N | T | | | | | |
| 4. | ▬▬▬▬▬ Secured Note | D | Int./Div. | M | T | Open | 06/05/17 | M | | |
| 5. | Vanguard - SEP/IRA | E | Int./Div. | P1 | T | | | | | |
| 6. | -Vanguard 500 Index Fund (VFIAX) | B | Dividend | | | Sold | 8/31/17 | M | C | |
| 7. | -Vanguard Balanced Index Fund(VBIAX) | B | Int./Div. | | | Sold | 08/31/17 | M | D | |
| 8. | -Vanguard Dividend Growth Fund (VDIGX) | B | Dividend | | | Sold | 08/31/17 | M | B | |
| 9. | -Vanguard Intermediate-Term Bond ((VFIDX) | E | Interest | O | T | Buy (add'l) | 05/30/17 | K | | |
| 10. | | | | | | Buy (add'l) | 06/02/17 | K | | |
| 11. | | | | | | Buy (add'l) | 08/31/17 | O | | |
| 12. | | | | | | Buy (add'l) | 10/02/17 | K | | |
| 13. | -Vanguard Prime Money Market (VMMXX) | A | Interest | J | T | | | | | |
| 14. | -Vanguard REIT Index (VGSLX) | B | Dividend | | | Sold | 10/13/17 | M | D | |
| 15. | -Vanguard Target Retirement 2030 (VTHRX) | B | Int./Div. | | | Sold | 08/31/17 | M | C | |
| 16. | -Vanguard Total International Stock Index (VTIAX) | B | Dividend | | | Sold | 08/31/17 | M | B | |
| 17. | -Vanguard Total Stock Index (VTSAX) | B | Dividend | | | Sold | 03/01/17 | N | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norman, Jeffrey P. | 5/7/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Vanguard Wellsely Income Fund (VMIAX) | B | Int./Div. | | | Sold | 02/13/17 | M | C | |
| 19. -Vanguard Short Term Bond Index (VBISX) | A | Int./Div. | N | T | Sold (part) | 05/30/17 | K | A | |
| 20. | | | | | Sold (part) | 06/02/17 | K | A | |
| 21. | | | | | Sold (part) | 10/02/17 | K | A | |
| 22. | | | | | Buy (add'l) | 02/13/17 | M | | |
| 23. | | | | | Buy (add'l) | 03/01/17 | N | | |
| 24. | | | | | Buy (add'l) | 10/13/17 | M | | |
| 25. Vanguard -Variable Annuity | C | Int./Div. | M | T | | | | | |
| 26. -WA-Balanced | B | Int./Div. | | | Sold | 10/13/17 | L | D | |
| 27. -WA-Growth | B | Dividend | | | Sold | 10/13/17 | L | D | |
| 28. -WA-International | C | Dividend | | | Sold | 10/13/17 | L | B | |
| 29. -WA-Short Term Bond | B | Interest | J | T | Buy | 10/13/17 | L | | |
| 30. -WA-Total Bond Fund | C | Interest | M | T | Buy | 10/13/17 | L | | |
| 31. Vanguard - Munciple Bond Account | E | Interest | N | T | | | | | |
| 32. -AUSTIN TX CMNTY CLLG DIST PUB FAC LES REV HAYS B/E | A | Interest | K | T | | | | | |
| 33. -BEXAR CNTY TX CTF OBILG FLOOD CTL DB B/E CPN | A | Interest | | | Redeemed | 06/15/17 | J | | |
| 34. -CAMERON CNTY TX CTF OBLIG ASRD GTY B/E DB OID | A | Interest | | | Redeemed | 02/15/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norman, Jeffrey P. | 5/7/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -CITIZENS PPY INS CRP FL RFD SRSECD HIGH RICH ACCT A NPFG REVB/E CPN | A | Interest | | | Redeemed | 04/01/17 | J | | |
| 36. -CLARK CNTY NV SCH DIST SCH SER C DB NPFG B/E PTC CPN | A | Interest | | | Redeemed | 12/15/17 | J | | |
| 37. -CLARK CNTY NV SCH DIST SER B DB B/E PTC CPN | A | Interest | | | Redeemed | 12/15/17 | J | | |
| 38. -CONROE TX CTF OBLIG DB AGM B/E OID | A | Interest | | | Redeemed | 05/15/17 | J | | |
| 39. -CORPUS CHRISTI TX RFDG GENL IMPT SER B B/E OID | A | Interest | K | T | | | | | |
| 40. -CORPUS CHRISTI TX GENL IMPT ASRD GTY PTC CPN | A | Interest | K | T | | | | | |
| 41. -EL PASO TX AGM B/E CID | A | Interest | | | Redeemed | 08/15/17 | J | | |
| 42. -FLORIDA ST BRD ED PKG FAC REV UNIV AGM OID | A | Interest | | | Redeemed | 05/15/17 | J | | |
| 43. -FORT BEND CNTY TX RFFDG B/E CPN | A | Interest | J | T | | | | | |
| 44. -FORT BEND TX INDPT SCH DIST RFDG B/E PST GTD CPN | A | Interest | J | T | | | | | |
| 45. -GREENVILLE TX ELEC UTIL SYS REV RFDG B/E CPN | A | Interest | J | T | | | | | |
| 46. -HARRIS CNTY TX CULTURAL ED FIN MED REV RFDG MTG BAYLOR A B/E OID | A | Interest | K | T | | | | | |
| 47. -HARRIS CNTY TX CULTURAL FIN MED REV RFDG MTG A BAYLOR B/E OID | A | Interest | J | T | | | | | |
| 48. -HARRIS CNTY TX CULT ED FACS FIN CORP REV RFDG METH HOSP SYS B B/E CPN | A | Interest | J | T | | | | | |
| 49. -HARRIS CNTY TY CULTURAL ED FAC FIN CORP REV RFDG HOSP A B/E OID | A | Interest | K | T | | | | | |
| 50. -HOUSTON TX RFDG PUB IMPT SER A B/E CPN | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. -HOUSTON TX CMNTY CLLG SYS REV RFDG SR LIEN STDNT FEE AGM B/E CPN | A | Interest | J | T | | | | | |
| 52. -HOUSTON TX INDPT SCH DIST RFDG SER B PSF GTD B/E CPN | A | Interest | J | T | | | | | |
| 53. -ILLINOIS DEV FIN AUTH RETIRE REV REGENCY PK B ETM ZER | A | Interest | J | T | | | | | |
| 54. -KATY TX INDPT SCH DIST RFDG SER B B/E PSF GTD CPN | A | Interest | | | Redeemed | 06/15/17 | J | | |
| 55. -LA JOYA TX INDPT SCH DIST B/E PSF GTD OID | A | Interest | | | Redeemed | 02/15/17 | J | | |
| 56. -LOS ANGELES COMMUNIT COLLEGE DISTRICT 2001 ELECTION SER C NPFG B/E CP | A | Interest | | | Redeemed | 06/01/17 | K | | |
| 57. -LOS ANGELES CA UNI SCH DIST ELECT 2005 SER E AGM B/E CPN | A | Interest | | | Redeemed | 06/01/17 | J | | |
| 58. -LUBBOCK TX CTF OBLIG WSTWTR SYS DB AGM B/E CPN | A | Interest | | | Redeemed | 07/15/17 | J | | |
| 59. -MARBLE FALLS TX CTF OBLIG DB NPFG B/E CPN | A | Interest | | | Redeemed | 05/15/17 | J | | |
| 60. -MIAMI DADE CNTY FL PUB SVC TAX REV RFDG UMSA IMPT AGM B/E CPN | A | Interest | J | T | | | | | |
| 61. -MISSOURI CITY TX SERS A B/E OID | A | Interest | J | T | | | | | |
| 62. -MISSOURI CITY TX CTF OBLIG SER C DB B/E OID | A | Interest | J | T | | | | | |
| 63. -MORAINE OH SOLID WST XXX SUBMITTED FOR ESCROW REV GM CORP AMT CPN | A | Interest | J | T | | | | | |
| 64. -MORGAN STANLEY SR NOTE CPN | A | Interest | | | Redeemed | 02/15/17 | J | | |
| 65. -MURRIETA VY CA USD SER A NPFG B/E CAB | A | Interest | | | Redeemed | 09/01/17 | J | | |
| 66. -PORT AUTHOR TX INDPT SCH DIST ASRD GTY B/E CPN | A | Interest | | | Redeemed | 02/15/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norman, Jeffrey P. | 5/7/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 67. -ROYAL TX INDP SCH DIST SER A B/E OID | A | Interest | | | Redeemed | 02/15/17 | J | | |
| 68. -SPRING TX INDPT SCH DIST B/E PSF GTD CPN | A | Interest | | | Redeemed | 09/01/17 | J | | |
| 69. -TEXAS ST PUB FIN AUTH REV STEPHEN F. AUSTIN UNIV NPFG B/E PTC CPN | A | Interest | | | Redeemed | 06/15/17 | J | | |
| 70. -TEXAS TECH UNIV REV RFDG & IMPT FING 12TH SER B/E CPN | A | Interest | J | T | | | | | |
| 71. -UNIVERSITY HOUSTON TX REV RFDG CONS AGM B/E CPN | A | Interest | J | T | | | | | |
| 72. -UNIVERSITY HOUSTON TX REV RFDG CONS AGM B/E CPN | A | Interest | J | T | | | | | |
| 73. -UNIVERSITY HOUSTON TX REV RFDG CONS SYS SER A B/E OID | A | Interest | K | T | | | | | |
| 74. -UNIVERSITY HOUSTON TX REV RFDG CONS SER A B/E CPN | A | Interest | K | T | | | | | |
| 75. -UNIVERSITY NORTH TX REV RFDG FING SYS SER A B/E PTC CPN | A | Interest | K | T | | | | | |
| 76. Vanguard Rollover IRA | B | Int./Div. | L | T | | | | | |
| 77. -Vanguard 500 Index (VFIAX) | A | Dividend | | | Sold | 02/09/17 | J | D | |
| 78. -Vanguard European Stock Index (VEUSX) | A | Dividend | | | Sold (part) | 02/17/17 | J | B | |
| 79. | | | | | Sold | 10/13/17 | J | B | |
| 80. -Vanguard Intermediate Bond Fund (VBILX) | A | Interest | J | T | Buy (add'l) | 5/2/17 | J | | |
| 81. | | | | | Buy (add'l) | 8/31/17 | K | | |
| 82. -Vanguard Prime Money Market (VMMXX) | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norman, Jeffrey P. | 5/7/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 83. -Vanguard Total Stock Market Index (VTSAX) | A | Dividend | | | Sold | 10/13/17 | J | D | |
| 84. -Vanguard Short Term Corp Bond Index | A | Int./Div. | K | T | Buy | 02/09/17 | J | | |
| 85. | | | | | Buy (add'l) | 05/02/17 | J | | |
| 86. | | | | | Buy (add'l) | 10/13/17 | J | | |
| 87. Vanguard Mutual Fund Account | F | Int./Div. | P1 | T | | | | | |
| 88. -Vanguard Managed Payout Fund (VPGDX) | C | Int./Div. | | | Sold (part) | 02/7/17 | K | B | |
| 89. | | | | | Sold (part) | 02/13/17 | L | B | |
| 90. | | | | | Sold (part) | 03/01/17 | N | D | |
| 91. | | | | | Sold | 06/02/17 | K | B | |
| 92. -Vanguard Mun BD Tax Exempt Bond Index EFT (VTEB) | A | Interest | K | T | | | | | |
| 93. -Vanguard Prime Money Market Fund (VMMXX) Sweep Account | A | Interest | L | T | Buy (add'l) | 02/07/17 | K | | |
| 94. | | | | | Buy (add'l) | 02/13/17 | L | | |
| 95. | | | | | Sold (part) | 02/10/17 | L | | |
| 96. -IShares U. S. Preferred Stock ETF | A | Dividend | K | T | | | | | |
| 97. -Vanguard Short Term Tax Exempt (VWSUX) | B | Interest | N | T | Buy | 02/22/17 | K | | |
| 98. | | | | | Buy (add'l) | 03/01/17 | N | | |
| 99. -Vanguard High Yield Tax Exempt (VWIUX) | B | Interest | L | T | Buy | 04/13/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norman, Jeffrey P. | 5/7/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 100. | | | | | Buy (add'l) | 09/15/17 | K | | |
| 101. | | | | | Buy (add'l) | 10/13/17 | J | | |
| 102.   --Vanguard Intermediate Term Tax Exempt (VWIUX) | B | Interest | O | | Buy | 04/10/17 | K | | |
| 103. | | | | | Buy (add'l) | 04/21/17 | K | | |
| 104. | | | | | Buy (add'l) | 05/02/17 | K | | |
| 105. | | | | | Buy (add'l) | 06/02/17 | K | | |
| 106. | | | | | Buy (add'l) | 06/15/17 | K | | |
| 107. | | | | | Buy (add'l) | 07/11/17 | J | | |
| 108. | | | | | Buy (add'l) | 08/31/17 | K | | |
| 109. | | | | | Buy (add'l) | 10/02/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norman, Jeffrey P. | 5/7/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Norman, Jeffrey P. | 5/7/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jeffrey P. Norman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544